# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE STREET, SUITE 4200
LAFAYETTE, LOUISIANA 70501

**RICHARD T. HAIK**
**DISTRICT JUDGE**

(318) 593-5100

October 22, 2001

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10-25-01
BY ___

Mr. Allan A. Tuttle
Patton, Boggs & Blow
2550 M St. N W
Washington, DC 20037

Mr. Joseph L. Lemoine, Jr.
Onebane, Bernard, et al
P.O. Box 3597
Lafayette, La. 70502-3507

Mr. Eric D. Goulian
US Department of Justice
P.O. Box 883
Washington, DC 20044

Re: Civil Action No.: 96-2430; *Methane Awareness, et al v. USA, et al*

Dear Counselors:

As you are aware, in keeping with the mandate of the Fifth Circuit remanding the referenced matter, this Court modified its Order filed March 13, 2001. The modified Order was signed on June 5, 2001, and appears to be the last activity taken in this case. Please advise the Court as to whether all issues relative to this matter have been resolved and, whether this case should be closed.

Your prompt attention to the above is appreciated.

COPY SENT:
DATE: 10/26/01
BY: ___
TC: Lemoine
    Tuttle
    Goulian

Richard T. Haik, Sr.
U.S. District Judge