Closed 2/02

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/4/02
BY _____

METHANE AWARENESS, ET AL

VERSUS

U S A

CIVIL ACTION NO. 6:96CV2430
JUDGE HAIK
MAG. JUDGE METHVIN

### Certificate to Destroy Exhibits

This is to certify that all appellate delays have expired herein, and the exhibits on the attached list have not been claimed by the attorney of record who introduced same at trial, as set forth in LR79.3 of this court, they are now eligible for destruction.

_October 4, 2002_
Date

_____
Courtroom Deputy

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

Destruction of the above described exhibits is approved.

_10/4/02_
Date

_____
Chief Deputy

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

I hereby certify that the above described exhibits were destroyed on _10/4/02_.

_10/4/02_
Date

_____
Courtroom Deputy

(101)

**97-31190**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 17 1997

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**METHANE AWARENESS ET AL**

**VERSUS**

**U S A ET AL**

CASE NO. 6:96CV2430
JUDGE HAIK
MAGISTRATE JUDGE METHVIN

**EXHIBITS**

for April 16, 1997 Motion Hearing

PARTY: Plaintiff

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTI-FIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Notebook (in globo) of March 13, 1997 | ✓ | ✓ | 04-16-97 | — |
| 2 | Notebook (in globo) of March 25, 1997 | ✓ | ✓ | " | — |
| 3 | Notebook (in globo) of April 3, 1997 | ✓ | ✓ | " | — |

Page 1 of 3 Page(s)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR 13 1997

ROBERT H. SHEMWELL, CLERK
BY _____

METHANE AWARENESS ET AL

VERSUS

UNITED STATES OF AMERICA ET AL

CASE NO. 6:96CV2430
JUDGE HAIK
MAGISTRATE JUDGE METHVIN

EXHIBITS
*from Motion hearing of 3/13/97*

PARTY: GOVERNMENT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTI-FIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Curriculum Vitae of BSC Committee | X | X | 03/13/97 | |
| 2 | E-mail letter from Bryan Harden to Mary Armstrong January 7, 1997 | X | X | " | |

PLAINTIFF EXHIBITS    *These exhibit were not in container*

| | | | | | |
|---|---|---|---|---|---|
| ✗ 1 | Chart | X | X | 03/13/97 | |
| ✗ 2 | Fax letter from Robert Borden to Adelle Abrams through Joe Lemoine 03/12/97 | X | X | " | |
| ✗ 3 | Affidavit of Michael T. Palmer | X | X | " | |

Page __1__ of __1__ Page(s)