UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| METHANE AWARENESS RESOURCE GROUP, et al., ) ) ) ) | |
| Plaintiffs, ) ) | Civil No. 96-2430 |
| v. ) ) | Judge Haik |
| UNITED STATES OF AMERICA, et al, ) ) | |
| Defendants. ) ) | |

**[PROPOSED] ORDER TO SHOW CAUSE -- CIVIL CONTEMPT**

Plaintiffs, by their attorneys, having filed the foregoing Motion for Civil Contempt Sanctions and Modification of Injunctive Relief charging Defendants with civil contempt of this Court's Final Order in the above-captioned case entered June 5, 2001, and alleging that Defendants have violated said Order.

It appearing to this Court that good cause has been shown therefore, it is hereby:

ORDERED that Defendants Kathleen Sebelius, Secretary of the Department of Health and Human Services, Josh Howard, Director of the National Institute for Occupational Safety and Health, and Debra Silverman, Director of the National Cancer Institute show cause on the _____ day of _____, 2010, at the United States District Court for the Western District of Louisiana, Lafayette-Opelousas Division, why they should not be adjudged to be in civil contempt of this Court by reason of their violation of this Court's June 5, 2001 Order and why appropriate remedies should not be ordered by this Court.

5087469

Entered this _____ day of _____ 1999, at Washington, D.C.

_____
Richard T. Haik
United States District Judge