UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

|  |  |  |
|---|---|---|
| MARG DEISEL COALITION, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 96-2430 |
| v. | ) ) | Judge Haik |
| UNITED STATES OF AMERICA, et al., | ) ) | Magistrate Judge Hanna |
| Defendants. | ) ) ) ) | |

**UNOPPOSED MOTION TO WITHDRAW
JEFFREY WERTKIN AS COUNSEL FOR PLAINTIFFS**

Pursuant to Rules 7.4.1 and 83.2.11 of the Local Rules for the Western District of Louisiana, Plaintiffs hereby submit this Uncontested Motion to Withdraw Jeffrey Wertkin as counsel for Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on October 18, 1996. At all times since the Complaint was filed in this case, Plaintiffs have been represented by Patton Boggs LLP.

2. On April 29, 2010, Patton Boggs LLP attorney Jeffrey Wertkin filed a *pro hac vice* application under Local Rule 83.2 to appear on behalf of Plaintiffs in the above-captioned case.

3. Jeffrey Wertkin has executed a certification stating that he is no longer affiliated with Patton Boggs LLP and wishes to withdraw his appearance. *See* Attachment A.

4. Patton Boggs LLP continues to represent Plaintiffs through Patton Boggs LLP attorney Henry Chajet.

5. Permitting Jeffrey Wertkin to withdraw as counsel for Plaintiffs will not jeopardize Plaintiffs' case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

6. Counsel for Defendants indicated they do not contest this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to withdraw the appearance of Jeffrey Wertkin as counsel of record in this matter.

RESPECTFULLY SUBMITTED:

Patton Boggs LLP

   **/s/ Henry J. Chajet**
[Admitted Pro Hac Vice]
Patton Boggs LLP
2550 M Street NW
Washington DC 20037
Telephone: 202-457-6000
Facsimile: 202-457-6315
Email: hchajet@pattonboggs.com

*Attorney for Plaintiffs*

Lemoine & Associates L.L.C.

   **/s/ Joseph L. Lemoine Jr.**
Joseph L. Lemoine, Jr., La. Bar. No. 8,307
1018 Harding St., Ste. 102 B
Lafayette, LA 70503
Telephone: 337-232-5001
Facsimile: 866-581-7419
Email: joe@lemoine.com

Attorney for Plaintiffs