RECEIVED
DISTRICT OF LA
MOORE, CLERK
8/19/11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| METHANE AWARENESS RESOURCE GROUP, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al, )<br>)<br>Defendants. ) | Civil No. 96-2430<br><br>Judge Haik |

## ORDER

After consideration of Plaintiffs' Motion for Civil Contempt and Injunctive Relief and Defendants' Motion for an Order Extending the Provisions of the Order Dated June 23, 2010, as well as all materials submitted in support thereof and in opposition thereto, it is hereby:

ORDERED that Defendants' Motion is DENIED and Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants shall comply with this Court's June 5, 2001 FINAL ORDER and immediately produce to Plaintiffs and the United States House of Representatives Committee On Education and the Workforce, all non-confidential documents, data, draft reports, publications, and draft results or risk notification materials, relating to Papers I – VII of the "Diesel Exhaust in Miners Study" (the "Study").

IT IS FURTHER ORDERED that Defendants immediately inform all recipients, including journals, of the above described study draft reports, not yet published, that they are prohibited from further distribution of said drafts until at least 90 days after Defendants have complied with this Order;

IT IS FURTHER ORDERED, as agreed to by Plaintiffs, that Plaintiffs and Plaintiffs' counsel, agents, or contractors shall not disclose or disseminate further the drafts, data or materials produced hereunder during the 90 days commencing on the date that Defendants send those drafts to Plaintiffs, except for the purpose of making comments about the drafts to defendants, the publishing journals, or to the Congressional Committee.

IT IS FURTHER ORDERED that Defendants are found to be in contempt of court;

IT IS FURTHER ORDERED that Defendants shall pay all attorneys' fees, expenses and costs associated with Plaintiffs' efforts made in connection with the motions considered, and the fees and expenses of the Expert retained by Plaintiffs to provide the Declaration for this Court's consideration and the forthcoming review of the documents and data withheld from Plaintiffs to date.

Done and signed this 18th day of Aug, 2011 in Lafayette, Louisiana.

Richard T. Haik
United States District Judge