96-CV-2430

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 9 2011

TONY R. MOORE, CLERK
BY _____
       DEPUTY

No. 11-30812

AKZO NOBEL, INC.; GENERAL CHEMICAL CORP.; MISSISSIPPI LIME MANAGEMENT CO.; MORTON INTERNATIONAL; OCI OF WYOMING; LONNY BADEAUX; JOSEPH VENDETTI; METHANE AWARENESS RESOURCE GROUP; DIESEL COALITION,

    Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; KATHLEEN SEBELIUS, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES; JOHN HOWARD, Director, National Institute for Occupational Safety and Health; HAROLD VARMUS, Director, National Cancer Institute,

    Defendants - Appellants

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:96-CV-2430

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellants' unopposed motion for leave to file a reply to the opposition to their motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion for stay pending appeal is GRANTED IN PART. The district court's August 19, 2011 order is stayed pending appeal except for the order's requirement that final drafts of the study's final three papers, once those papers have been accepted for publication, be provided to the appropriate congressional committee and to the plaintiffs pursuant to an agreement that plaintiffs not disclose or further disseminate the papers; a 90 day review period prior to publication is allowed.

IT IS FURTHER ORDERED that Appellants' motion to expedite the appeal is GRANTED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana    9/14/11

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 9 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 14, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-30812   Methane Awareness, et al v. USA, et al
        USDC No. 6:96-CV-2430

Enclosed is an order entered in this case.

In accordance with this order, this case has been tentatively calendared for oral argument the week of December 5, 2011. A printed calendar will issue approximately thirty (30) days prior to the scheduled hearing date.

The expedited briefing schedule will proceed as follows:

Appellants' opening brief will be due for filing by October 14, 2011.

Appellees' brief will be due by November 4, 2011.

Any reply brief of appellants will be due by November 14, 2011.

THE PARTIES MUST ADHERE TO THIS BRIEFING SCHEDULE TO INSURE THE AVAILABILITY OF THE BRIEFS TO THE COURT PRIOR TO THE ORAL ARGUMENT DATE. NO EXTENSIONS SHOULD BE REQUESTED.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. Henry Chajet
Ms. Helen Louise Gilbert
Ms. Janice Elaine Hebert
Mr. Joseph L. Lemoine Jr.
Mr. Tony R. Moore
Mr. Michael Jay Singer