

RECEIVED

NOV 0 7 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-30812

AKZO NOBEL, INC.; GENERAL CHEMICAL CORP.; MISSISSIPPI LIME MANAGEMENT CO.; MORTON INTERNATIONAL; OCI OF WYOMING; LONNY BADEAUX; JOSEPH VENDETTI; METHANE AWARENESS RESOURCE GROUP; DIESEL COALITION,

        Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; KATHLEEN SEBELIUS, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES; JOHN HOWARD, Director, National Institute for Occupational Safety and Health; HAROLD VARMUS, Director, National Cancer Institute,

        Defendants - Appellants

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:96-CV-2430

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' motion for clarification of the court's order of September 14, 2011, is GRANTED.

    The plaintiffs and plaintiffs' counsel, agents, or contractors shall not disclose or disseminate the drafts or the contents of those drafts during the 90 days commencing on the date that defendants send those drafts to the

plaintiffs except for the purpose of making comments about the drafts to defendants or to the Committee on Education and the Workforce of the United States House of Representatives.

OCT 2 8 2011

RECEIVED
NOV 0 7 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 28, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-30812    Methane Awareness, et al v. USA, et al
        USDC No. 6:96-CV-2430

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Angelique D. Batiste_____
                Angelique D. Batiste, Deputy Clerk
                504-310-7715

Mr. Tony R. Moore
Mr. Henry Chajet
Ms. Helen Louise Gilbert
Ms. Janice Elaine Hebert
Mr. Joseph L. Lemoine Jr.
Mr. Avidan Meyerstein
Mr. Michael Jay Singer
Mr. Allan Abbot Tuttle