# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **AKZO-NOBEL, INC.; GENERAL CHEMICAL CORP.; MISSISSIPPI LIME MANAGEMENT CO.; MORTON INTERNATIONAL; OCI OF WYOMING; LONNY BADEAUX; JOSEPH VENDETTI; METHANE AWARENESS RESOURCE GROUP; DIESEL COALITION** | **CIVIL ACTION NO. 96-2430**<br><br><br>**JUDGE RICHARD T. HAIK, SR.**<br><br><br><br>**MAGISTRATE JUDGE HANNA** |
| **VERSUS** | |
| **UNITED STATES OF AMERICA; DONNA E. SHALALA; LINDA ROSENSTOCK; RICHARD KLAUSNER** | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**COMES NOW** the United States of America, through Stephanie A. Finley, the United States Attorney for the Western District of Louisiana, and Janice E. Hebert, Assistant United States Attorney, Western District of Louisiana, who respectfully moves the Court as follows:

1.

AUSA Janice E. Hebert has been enrolled as counsel in the captioned case representing the United States of America.  Eric Goulian, an attorney at the Department of Justice and also representing the United States, is designated as Trial Attorney pursuant to U.L.R. 11.2.

2.

The United States seeks to substitute Katherine W. Vincent as counsel of record for the United States and to remove AUSA Hebert from the docket sheet so that she no longer receives electronic notification as she has transferred to the United States Attorney's Office for the District of Oregon.

WHEREFORE, Movant seeks an order withdrawing Janice E. Hebert as counsel of

record for the United States and substituting AUSA Katherine W. Vincent as counsel of record.

Respectfully Submitted,

STEPHANIE A. FINLEY
United States Attorney

BY: *s/Janice E. Hebert*
   JANICE E. HEBERT (#20218)
   Assistant United States Attorney
   800 Lafayette Street, Suite 2200
   Lafayette, LA  70501-6832
   Telephone:  337-262-6618
   Janice.Hebert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2012, at Lafayette, Louisiana, a copy of the

foregoing  Motion to Substitute Counsel of Record and a proposed Order were filed

electronically with the Clerk of Court using the CM/ECF system.  I also certify that according to

the Court's Electronic Mail Notice List, there are no manual recipients.

BY: *s/Janice E. Hebert*
   JANICE E. HEBERT (#20218)
   Assistant United States Attorney

2