UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |
|---|---|
| METHANE AWARENESS RESOURCE GROUP, DIESEL COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>Defendants. | No. 6:96-cv-02430-RTH-PJH<br><br>EXHIBITS SUBMITTED WITH DEFENDANTS' MOTION TO CLOSE |

Ex. 28　　Centers for Disease Control and Prevention, *The Diesel Exhaust in Miners Study (DEMS)*, http://www.cdc.gov/niosh/topics/cancer/diesel/ (accessed Sept. 18, 2013)

Ex. 29　　National Cancer Institute, NCI Press Release (Mar. 2, 2012, *Heavy Exposure to Diesel Exhaust Linked to Lung Cancer Death in Miners*, http://www.cancer.gov/newscenter/newsfromnci/2012/DieselMinersPressRelease (accessed Sept. 20, 2013)

Ex. 30　　Letter Esquea to Kline (Sept. 5, 2013)