*Methane Awareness Res. Grp., Diesel Coal. v. United States*
No. 6:96-cv-02430-RTH-PJH (W.D. La.)

Def. Mot. Close This Action

Ex. 30



DEPARTMENT OF HEALTH & HUMAN SERVICES         OFFICE OF THE SECRETARY

Assistant Secretary for Legislation
Washington, DC 20201

September 5, 2013

The Honorable John Kline
Chairman, Committee on Education and the Workforce
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Chairman:

Enclosed, pursuant to the June 5, 2001 order of the United States District Court for the Western District of Louisiana in *Methane Awareness Resource Group v. United States*, C.A. 96-2430, we are submitting worker notification materials prepared by the National Institute for Occupational Safety and Health (NIOSH) in connection with the Diesel Exhaust in Miners Study: A Cohort Mortality Study with Emphasis on Lung Cancer (http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3373218/pdf/djs035.pdf) and The Diesel Exhaust in Miners Study: A Nested Case–Control Study of Lung Cancer and Diesel Exhaust (http://jnci.oxfordjournals.org/content/104/11/855).  NIOSH customarily provides workers with materials such as these to communicate study findings to those who have participated in the study.

The Department requests that the Committee not publish or disclose the contents of these materials during the 90 days during which the Committee has the opportunity to review them.

Please let us know if you have any questions.

Sincerely,

Jim R. Esquea
Assistant Secretary for Legislation

Enclosure

cc:  The Honorable George Miller
     Ranking Member
     Committee on Education and the Workforce